**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division  DIVISION**

In re: PHI HOLDINGS, LLC § Case No. 19-31532
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $195,883.94 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $58,685.07 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $54,427.34 | | |

3) Total gross receipts of $113,112.41 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $113,112.41 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $50,767.34 | $54,427.34 | $54,427.34 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $85,334.27 | $10,374.27 | $10,374.27 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $3,884,760.54 | $4,520,177.04 | $4,391,724.43 | $48,310.80 |
| **TOTAL DISBURSEMENTS** | $3,884,760.54 | $4,656,278.65 | $4,456,526.04 | $113,112.41 |

4) This case was originally filed under chapter 7 on 11/05/2019. The case was pending for 39 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/13/2023           By: /s/ Ira Bodenstein
                                 Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Southern Pride Mobile Smoker SPX-500. | 1129-000 | $4,600.00 |
| Toast POS Terminal | 1229-000 | $500.00 |
| Compass Group Preference Settlement | 1241-000 | $33,835.00 |
| Chicago Bears Settlement | 1249-000 | $69,177.41 |
| Compass Group Use and Occupancy | 1290-000 | $5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$113,112.41** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 2100-000 | NA | $8,905.62 | $8,905.62 | $8,905.62 |
| Attorney for Trustee Fees - Cozen O'Connor | 3110-000 | NA | $38,762.00 | $38,762.00 | $38,762.00 |
| Attorney for Trustee, Expenses - Cozen O'Connor | 3120-000 | NA | $3.70 | $3.70 | $3.70 |
| Bond Payments - International Sureties,Ltd | 2300-000 | NA | $28.36 | $28.36 | $28.36 |
| Costs to Secure/Maintain Property - Com Ed | 2420-000 | NA | $424.90 | $424.90 | $424.90 |
| Bank Service Fees - East West Bank | 2600-000 | NA | $2,536.65 | $2,536.65 | $2,536.65 |
| Bank Service Fees - Mechanics Bank | 2600-000 | NA | $106.11 | $106.11 | $106.11 |
| Accountant for Trustee Fees (Other Firm) - Kutchins Robbins & Diamond, Ltd. | 3410-000 | NA | $0.00 | $3,660.00 | $3,660.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $50,767.34 | $54,427.34 | $54,427.34 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Illinois Department of Employment Security | 5800-000 | $0.00 | $1,822.30 | $1,822.30 | $1,822.30 |
| 3P | Illinois Department of Revenue | 5800-000 | $0.00 | $8,551.97 | $8,551.97 | $8,551.97 |
| 7P | Compass Group USA, Inc. | 5200-000 | $0.00 | $74,960.00 | $0.00 | $0.00 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$85,334.27** | **$10,374.27** | **$10,374.27** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chicago Cubs Baseball Club, LLC | 7100-000 | $0.00 | $1,134,900.00 | $1,134,900.00 | $12,744.86 |
| 2U | Illinois Department of Employment Security | 7100-000 | $0.00 | $300.00 | $300.00 | $3.37 |
| 3U | Illinois Department of Revenue | 7100-000 | $0.00 | $985.56 | $985.56 | $11.07 |
| 4 | Chris Tartara | 7100-000 | $0.00 | $434,235.20 | $300,000.00 | $3,368.98 |
| 5 | The Chicago Bears Football Club, Inc. | 7100-000 | $0.00 | $348,830.28 | $279,652.87 | $3,140.49 |
| 6 | Point B Communications | 7100-000 | $0.00 | $14,384.70 | $14,384.70 | $161.54 |
| 7U | Compass Group USA, Inc. | 7100-000 | $0.00 | $2,186,123.61 | $2,261,083.61 | $25,391.84 |
| 8 | GN Bank | 7100-000 | NA | $310,656.54 | $310,656.54 | $3,488.65 |
| 9 | Troglia Kaplan LLC | 7200-000 | NA | $43,577.20 | $43,577.20 | $0.00 |
| 10 | Lewis Brisbois | 7200-000 | NA | $46,183.95 | $46,183.95 | $0.00 |
| N/F | 4359 61 IP LLC | 7100-000 | $36,189.97 | NA | NA | NA |
| N/F | A&T Trucking | 7100-000 | $120.60 | NA | NA | NA |
| N/F | Chicago Bears Attn: Mitch Ruchum | 7100-000 | $320,293.36 | NA | NA | NA |
| N/F | Chicago Cubs | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Chicago Water | 7100-000 | $50.00 | NA | NA | NA |
| N/F | Chris Tartara c/o Owens Law PLLC | 7100-000 | $300,000.00 | NA | NA | NA |
| N/F | Colleen Liddle | 7100-000 | $1,092.90 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Com Ed | 7100-000 | $476.48 | NA | NA | NA |
| N/F | Compass Group USA | 7100-000 | $2,029,764.00 | NA | NA | NA |
| N/F | Custom Sales & Marketing, Inc. | 7100-000 | $12,500.00 | NA | NA | NA |
| N/F | Drew Boland | 7100-000 | $25,000.00 | NA | NA | NA |
| N/F | FranConnect | 7100-000 | $5,850.00 | NA | NA | NA |
| N/F | GN Bank | 7100-000 | $310,656.54 | NA | NA | NA |
| N/F | Gecko Hospitality | 7100-000 | $12,750.00 | NA | NA | NA |
| N/F | Greco Distributors | 7100-000 | $8,844.93 | NA | NA | NA |
| N/F | Greco and Sons | 7100-000 | $1,474.32 | NA | NA | NA |
| N/F | Henson Consulting, Inc. | 7100-000 | $7,400.00 | NA | NA | NA |
| N/F | Isabelli Media Relations LLC | 7100-000 | $8,877.35 | NA | NA | NA |
| N/F | Jack Corsello | 7100-000 | $110,000.00 | NA | NA | NA |
| N/F | Kevin Corsello | 7100-000 | $160,451.95 | NA | NA | NA |
| N/F | Mccoyz Graphics, LLC | 7100-000 | $50,966.44 | NA | NA | NA |
| N/F | Mike and Mark McCoy | 7100-000 | $150,000.00 | NA | NA | NA |
| N/F | Ogden Foods LLC | 7100-000 | $13,874.28 | NA | NA | NA |
| N/F | Paco Collective | 7100-000 | $59,044.84 | NA | NA | NA |
| N/F | Peoples Gas | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Pete Brown | 7100-000 | $215,000.00 | NA | NA | NA |
| N/F | Premier Office Centers, LLC | 7100-000 | $3,630.12 | NA | NA | NA |
| N/F | Reliable Label, Inc. | 7100-000 | $2,245.52 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Tadbik NJ, Inc. | 7100-000 | $10,010.25 | NA | NA | NA |
| N/F | The Law Offices of David T. Denney | 7100-000 | $7,814.59 | NA | NA | NA |
| N/F | Thompson Coburn, LLP | 7100-000 | $1,441.00 | NA | NA | NA |
| N/F | Tone Products Inc. | 7100-000 | $5,657.60 | NA | NA | NA |
| N/F | Troglia Kaplan LLC | 7100-000 | $9,315.95 | NA | NA | NA |
| N/F | View Chicago LLC | 7100-000 | $3,495.00 | NA | NA | NA |
| N/F | Waste Management | 7100-000 | $472.55 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$3,884,760.54** | **$4,520,177.04** | **$4,391,724.43** | **$48,310.80** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 19-31532 | | Trustee Name: | (330129) Ira Bodenstein |
|---|---|---|---|---|
| Case Name: | PHI HOLDINGS, LLC | | Date Filed (f) or Converted (c): | 11/05/2019 (f) |
| | | | § 341(a) Meeting Date: | 12/20/2019 |
| For Period Ending: | 02/13/2023 | | Claims Bar Date: | 05/12/2020 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Toast POS Terminal (u) | 500.00 | 500.00 | | 500.00 | FA |
| 2 | Compass Group Use and Occupancy (u) | 5,000.00 | 5,000.00 | | 5,000.00 | FA |
| 3 | Account at GN Bank 4619 South Dr. Martin Luther<br>Imported from original petition Doc# 27 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Pork and Mindy's Intellectual Properties, LLC PN<br>Imported from original petition Doc# 27 | Unknown | 1.00 | | 0.00 | FA |
| 5* | Sauces and Recipes.<br>Imported from original petition Doc# 27 (See Footnote) | Unknown | 100.00 | OA | 0.00 | FA |
| 6* | A/R 90 days old or less. Face amount = $59,763.0<br>Imported from original petition Doc# 27 (See Footnote) | 59,763.00 | 59,763.00 | | 0.00 | FA |
| 7 | Epson Printer Workforce.<br>Imported from original petition Doc# 27 | 199.99 | 199.99 | OA | 0.00 | FA |
| 8* | 9 Pallets of BBQ Sauce<br>Imported from original petition Doc# 27 (See Footnote) | 5,000.00 | 0.00 | OA | 0.00 | FA |
| 9 | Southern Pride Mobile Smoker SPX-500.<br>Imported from original petition Doc# 27 | 20,975.31 | 20,975.31 | | 4,600.00 | FA |
| 10 | See Equipment List -1623 North Milwaukee Locatio<br>Imported from original petition Doc# 27 | 130,920.95 | 5,000.00 | OA | 0.00 | FA |
| 11 | Compass Group Preference Settlement (u) | 0.00 | 33,000.00 | | 33,835.00 | FA |
| 12 | Chicago Bears Settlement (u) | 0.00 | 33,000.00 | | 69,177.41 | FA |
| 12 | **Assets Totals (Excluding unknown values)** | **$222,359.25** | **$157,539.30** | | **$113,112.41** | **$0.00** |

RE PROP# 5    Unable to sell because of expiration dates.

RE PROP# 6    Uncollectible

RE PROP# 8    Unable to sell due to expiration dates.

**Major Activities Affecting Case Closing:**

04/24/22 All assets administered. Waiting for final return. Review claims and prepare TFR.
05/08/2021 - Final tax return in process / finish claim review.
5/10/20- Assets left to administer/investigate avoidance actions.

Initial Projected Date Of Final Report (TFR):   12/31/2020    Current Projected Date Of Final Report (TFR):   10/12/2022 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

**Case No.:** 19-31532　　　　　　　　　　　　　　　　　　　　　　　**Trustee Name:** (330129) Ira Bodenstein
**Case Name:** PHI HOLDINGS, LLC　　　　　　　　　　　　　　　　　**Date Filed (f) or Converted (c):** 11/05/2019 (f)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**§ 341(a) Meeting Date:** 12/20/2019
**For Period Ending:** 02/13/2023　　　　　　　　　　　　　　　　　　**Claims Bar Date:** 05/12/2020

　　　　　　02/13/2023　　　　　　　　　　　　　　　　　　　　　　　/s/Ira Bodenstein
　　　　　　　　Date　　　　　　　　　　　　　　　　　　　　　　　　　Ira Bodenstein

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 19-31532 | Trustee Name: | Ira Bodenstein (330129) |
|---|---|---|---|
| Case Name: | PHI HOLDINGS, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***5932 | Account #: | ******4066 Checking Account |
| For Period Ending: | 02/13/2023 | Blanket Bond (per case limit): | $48,915,059.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/13/19 | {1} | Wells Street Market | Payment for Toast POS Terminal per order entered 12/5/19 Docket # 35~Deposited 12/13 /19 IB | 1229-000 | 500.00 | | 500.00 |
| 12/20/19 | 101 | Com Ed | Account # ******8025 | 2420-000 | | 424.90 | 75.10 |
| 01/29/20 | {2} | Compass Group North America | Use and occupancy payment 1623 N. Milwaukee Deposited 1/29/20 IB | 1290-000 | 5,000.00 | | 5,075.10 |
| 03/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 5,070.10 |
| 04/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 8.10 | 5,062.00 |
| 05/29/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 7.81 | 5,054.19 |
| 06/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 8.61 | 5,045.58 |
| 07/02/20 | {9} | Centurian Service Group | Sale of Smoker Deposited 7/2/20 IB | 1129-000 | 4,600.00 | | 9,645.58 |
| 07/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 15.19 | 9,630.39 |
| 08/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 14.87 | 9,615.52 |
| 09/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 16.39 | 9,599.13 |
| 10/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 15.34 | 9,583.79 |
| 11/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 14.80 | 9,568.99 |
| 12/15/20 | | East West Bank Acct x 0141 | Transition Transfer Debit | 9999-000 | | 9,568.99 | 0.00 |
| | | COLUMN TOTALS | | | 10,100.00 | 10,100.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 9,568.99 | |
| | | Subtotal | | | 10,100.00 | 531.01 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $10,100.00 | $531.01 | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

**Form 2**  Exhibit 9

## Cash Receipts And Disbursements Record

Page: 2

| Case No.: | 19-31532 | Trustee Name: | Ira Bodenstein (330129) |
|---|---|---|---|
| Case Name: | PHI HOLDINGS, LLC | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***5932 | Account #: | ******0141 Checking Account |
| For Period Ending: | 02/13/2023 | Blanket Bond (per case limit): | $48,915,059.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/15/20 | | Mechanics Bank Acct x 4066 | Transition Transfer Credit | 9999-000 | 9,568.99 | | 9,568.99 |
| 12/31/20 | | East West Bank | Bank and Technology Services Fee | 2600-000 | | 16.82 | 9,552.17 |
| 01/29/21 | | East West Bank | Bank and Technology Services Fee | 2600-000 | | 14.79 | 9,537.38 |
| 02/26/21 | | East West Bank | Bank and Technology Services Fee | 2600-000 | | 14.26 | 9,523.12 |
| 03/31/21 | | East West Bank | Bank and Technology Services Fee | 2600-000 | | 16.78 | 9,506.34 |
| 04/04/21 | {11} | Compass Group North America | Compromise Order Dted 3/16 Dkt # 112 Deposited 4/5 IB | 1241-000 | 33,835.00 | | 43,341.34 |
| 04/11/21 | {12} | The Kroger Co. | Stay Relief Order Dted 3/23 Dkt # 117 Deposited 4/12 IB | 1249-000 | 69,177.41 | | 112,518.75 |
| 04/30/21 | | East West Bank | Bank and Technology Services Fee | 2600-000 | | 112.24 | 112,406.51 |
| 05/28/21 | | East West Bank | Bank and Technology Services Fee | 2600-000 | | 168.14 | 112,238.37 |
| 06/30/21 | | East West Bank | Bank and Technology Services Fee | 2600-000 | | 197.87 | 112,040.50 |
| 07/30/21 | | East West Bank | Bank and Technology Services Fee | 2600-000 | | 179.57 | 111,860.93 |
| 08/31/21 | | East West Bank | Bank and Technology Services Fee | 2600-000 | | 191.23 | 111,669.70 |
| 09/30/21 | | East West Bank | Bank and Technology Services Fee | 2600-000 | | 178.97 | 111,490.73 |
| 10/29/21 | | East West Bank | Bank and Technology Services Fee | 2600-000 | | 172.73 | 111,318.00 |
| 11/03/21 | 10102 | Cozen O'Connor | First Interim fee application order dtd 11/2/21 Dkt # 134 | 3110-000 | | 34,166.50 | 77,151.50 |
| 11/03/21 | 10103 | Cozen O'Connor | First Interim fee application order dtd 11/2/21 Dkt # 134 | 3120-000 | | 3.70 | 77,147.80 |
| 11/30/21 | | East West Bank | Bank and Technology Services Fee | 2600-000 | | 153.79 | 76,994.01 |
| 12/31/21 | | East West Bank | Bank and Technology Services Fee | 2600-000 | | 127.51 | 76,866.50 |
| 01/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 119.08 | 76,747.42 |
| 02/09/22 | 10104 | International Sureties,Ltd | Trustee bond payment 2/1/22-2/1/23 | 2300-000 | | 28.36 | 76,719.06 |
| 02/28/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 114.80 | 76,604.26 |
| 03/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 135.06 | 76,469.20 |
| 04/29/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 118.47 | 76,350.73 |
| 05/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 118.29 | 76,232.44 |
| 06/30/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 134.41 | 76,098.03 |
| 07/29/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 117.89 | 75,980.14 |
| 08/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 133.95 | 75,846.19 |

Page Subtotals:    $112,581.40    $36,735.21

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Case 19-31532   Doc 154   Filed 03/07/23   Entered 03/07/23 13:28:07   Desc Main
Document      Page 13 of 15

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| Case No.: | 19-31532 | Trustee Name: | Ira Bodenstein (330129) |
|---|---|---|---|
| Case Name: | PHI HOLDINGS, LLC | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***5932 | Account #: | ******0141 Checking Account |
| For Period Ending: | 02/13/2023 | Blanket Bond (per case limit): | $48,915,059.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/09/22 | 10105 | Ira Bodenstein | Combined trustee compensation & expense dividend payments. | 2100-000 | | 8,905.62 | 66,940.57 |
| 11/09/22 | 10106 | Cozen O'Connor | Distribution payment - Dividend paid at 11.86% of $38,762.00; Claim # ; Filed: $38,762.00 | 3110-000 | | 4,595.50 | 62,345.07 |
| 11/09/22 | 10107 | Kutchins Robbins & Diamond, Ltd. | Distribution payment - Dividend paid at 100.00% of $3,660.00; Claim # ; Filed: $0.00 | 3410-000 | | 3,660.00 | 58,685.07 |
| 11/09/22 | 10108 | Illinois Department of Employment Security | Distribution payment - Dividend paid at 100.00% of $1,822.30; Claim # 2P; Filed: $1,822.30 | 5800-000 | | 1,822.30 | 56,862.77 |
| 11/09/22 | 10109 | Illinois Department of Revenue | Distribution payment - Dividend paid at 100.00% of $8,551.97; Claim # 3P; Filed: $8,551.97 | 5800-000 | | 8,551.97 | 48,310.80 |
| 11/09/22 | 10110 | Chicago Cubs Baseball Club, LLC | Distribution payment - Dividend paid at 1.12% of $1,134,900.00; Claim # 1; Filed: $1,134,900.00 | 7100-000 | | 12,744.86 | 35,565.94 |
| 11/09/22 | 10111 | Illinois Department of Employment Security | Distribution payment - Dividend paid at 1.12% of $300.00; Claim # 2U; Filed: $300.00 | 7100-000 | | 3.37 | 35,562.57 |
| 11/09/22 | 10112 | Illinois Department of Revenue | Distribution payment - Dividend paid at 1.12% of $985.56; Claim # 3U; Filed: $985.56 | 7100-000 | | 11.07 | 35,551.50 |
| 11/09/22 | 10113 | Chris Tartara | Distribution payment - Dividend paid at 1.12% of $300,000.00; Claim # 4; Filed: $434,235.20 Stopped on 01/09/2023 | 7100-005 | | 3,368.98 | 32,182.52 |
| 11/09/22 | 10114 | The Chicago Bears Football Club, Inc. | Distribution payment - Dividend paid at 1.12% of $279,652.87; Claim # 5; Filed: $348,830.28 Stopped on 01/09/2023 | 7100-005 | | 3,140.49 | 29,042.03 |
| 11/09/22 | 10115 | Point B Communications | Distribution payment - Dividend paid at 1.12% of $14,384.70; Claim # 6; Filed: $14,384.70 | 7100-000 | | 161.54 | 28,880.49 |
| 11/09/22 | 10116 | Compass Group USA, Inc. | Distribution payment - Dividend paid at 1.12% of $2,261,083.61; Claim # 7U; Filed: $2,186,123.61 Stopped on 01/09/2023 | 7100-005 | | 25,391.84 | 3,488.65 |
| 11/09/22 | 10117 | GN Bank | Distribution payment - Dividend paid at 1.12% of $310,656.54; Claim # 8; Filed: $310,656.54 | 7100-000 | | 3,488.65 | 0.00 |
| 01/09/23 | 10113 | Chris Tartara | Distribution payment - Dividend paid at 1.12% of $300,000.00; Claim # 4; Filed: $434,235.20 Stopped: check issued on 11/09/2022 | 7100-005 | | -3,368.98 | 3,368.98 |
| 01/09/23 | 10114 | The Chicago Bears Football Club, Inc. | Distribution payment - Dividend paid at 1.12% of $279,652.87; Claim # 5; Filed: $348,830.28 Stopped: check issued on 11/09/2022 | 7100-005 | | -3,140.49 | 6,509.47 |
| 01/09/23 | 10116 | Compass Group USA, Inc. | Distribution payment - Dividend paid at 1.12% of $2,261,083.61; Claim # 7U; Filed: $2,186,123.61 Stopped: check issued on 11/09/2022 | 7100-005 | | -25,391.84 | 31,901.31 |
| 01/09/23 | 10118 | Chris Tartara | Distribution payment - Dividend paid at 1.12% of $300,000.00; Claim # 4; Filed: $434,235.20 | 7100-000 | | 3,368.98 | 28,532.33 |
| 01/09/23 | 10119 | The Chicago Bears Football Club, Inc. | Distribution payment - Dividend paid at 1.12% of $279,652.87; Claim # 5; Filed: $348,830.28 | 7100-000 | | 3,140.49 | 25,391.84 |

Page Subtotals:  $0.00  $50,454.35

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 4

| Case No.: | 19-31532 | Trustee Name: | Ira Bodenstein (330129) |
|---|---|---|---|
| Case Name: | PHI HOLDINGS, LLC | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***5932 | Account #: | ******0141 Checking Account |
| For Period Ending: | 02/13/2023 | Blanket Bond (per case limit): | $48,915,059.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/09/23 | 10120 | Compass Group USA, Inc. | Distribution payment - Dividend paid at 1.12% of $2,261,083.61; Claim # 7U; Filed: $2,186,123.61 | 7100-000 | | 25,391.84 | 0.00 |
| | | | COLUMN TOTALS | | 112,581.40 | 112,581.40 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 9,568.99 | 0.00 | |
| | | | Subtotal | | 103,012.41 | 112,581.40 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $103,012.41 | $112,581.40 | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 5

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 19-31532 | **Trustee Name:** | Ira Bodenstein (330129) |
| **Case Name:** | PHI HOLDINGS, LLC | **Bank Name:** | East West Bank |
| **Taxpayer ID #:** | **-***5932 | **Account #:** | ******0141 Checking Account |
| **For Period Ending:** | 02/13/2023 | **Blanket Bond (per case limit):** | $48,915,059.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $113,112.41 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $113,112.41 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******4066 Checking Account | $10,100.00 | $531.01 | $0.00 |
| ******0141 Checking Account | $103,012.41 | $112,581.40 | $0.00 |
| | **$113,112.41** | **$113,112.41** | **$0.00** |

02/13/2023                                          /s/Ira Bodenstein
Date                                                Ira Bodenstein

UST Form 101-7-TDR (10 /1/2010)